IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| v. | : | 3:92CR270 |
| | : | |
| WILLIAM ARTHUR BROWN | : | |

## ORDER

**THE ABOVE DEFENDANT** filed a timely notice of appeal to the Fourth Circuit Court of Appeals, and William C. Ingram, First Assistant Federal Public Defender for the Middle District of North Carolina, was appointed to represent him in that appeal. Mr. Ingram has filed a motion requesting an order directing the Court to release to him a copy of the Defendant's Presentence Report so that counsel can review the entire record to determine the appropriate appellate issues.

**FOR GOOD CAUSE SHOWN**, that motion is hereby GRANTED, and the Court hereby directs the United States Probation Office for the Western District of North Carolina to immediately release a copy of the above Defendant's Presentence Report to his appellate counsel.

**SO ORDERED**.

Signed: March 10, 2008

Graham C. Mullen
United States District Judge