**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:92-CR-270**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **ORDER** |
| Plaintiff, | ) | |
| **v.** | ) | |
| | ) | |
| **WILLIAM ARTHUR BROWN,** | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on motion of William Arthur Brown for return of property under Federal Rules of Criminal Procedure 41(e). Mr. Brown also seeks approval of the court to amend the record to include supplements to his motion. That request is allowed, and his additions contained in document numbers 38 and 39 are included in the record.

Unfortunately for Mr. Brown, the government's response clearly indicates that his motion is inappropriate and is hereby DENIED for the reasons stated in the government's Response to Motion for Return of Property [docket #37].

IT IS SO ORDERED.                    Signed: December 5, 2008

Graham C. Mullen
United States District Judge